PD-1213-15

9 DECEMBER 2015

Christoper W. Parks
TDCJ # 1933982
WYNNE Unit
810 FM 2821
Huntsville, Texas
    77344

FILED IN
COURT OF CRIMINAL APPEALS

DEC 15 2015

Abel Acosta, Clerk

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 15 2015

Abel Acosta, Clerk

Trial court cause: CR30078

C.O.C.A. Cause No: PD-1213-15

Re: Style: Christopher W. Parks
            -V.-

        The State of Texas

## Procedural History

Petitioner was convicted June 12, 2014 of the offense of continuos Sexual Abuse of a child in the 75th Judicial District court Liberty County, Liberty Texas 77575. Petitioner pled Not Guilty. The Jury Found Petitioner Guilty As Charged. The Honorable Judge Mark Morefield Pronounced the sentence Life Confinement in Texas Department of Criminal Justice Institutional Division Also Fined. Petitioner's Appointed Attorney filed a timely Direct Appeal with the Fourteenth Court of Appeals Houston, Texas 77002. The Court of Appeals Affirmed The Trial Courts decision on August 13, 2015 Cause No: 14-14-00530-CR Petitioner filed a Pro-se Petitioner for A Discretionary Review on September 18, 2015 PD-1213-15 On November 4, 2015. Petitioner's Pro-se Petition for Discretionary Review was refused. Petitioner filed Pro-se A Motion for Rehearing and was rejected For Non-Compliance under Rule

-1-

·79.2 (c) T.R.A.P. on November 20, 2015.

Petitioner Since has sought out a Paralegal's Guidance from henceforth, due to his ignorance to the Law. Although Petitioner Parks has shown due dilligence his futile Attempts have Been fruitless.

Honorable Abel Acosta, Petitioner Parks Pleds with this Honorable Court of Appeals and prays it will Allow his counterpart (Paralegal) to Refile his Motion for Rehearing in Compliance with the local Rules of the court 79.1 T.R.A.P. This Pleading is not intended to delay any proceedings and will be brought in good faith.

Petitioner Parks prays this Honorable Court Grants him a chance to Prove his Case Does have Merit and Allows him the opportunity to refile his Motion for a rehearing.

Respectfully Submitted

Chris Parks _____ Pro-Se

-2-